ties' intent to make the Deed of Trust a first lien on the Glenns' home in Jackson, Missouri ("the Property"); (5) by granting attorneys' fees and costs even though, according to the Glenns, such expenses are not recoverable under the Deed of Trust; and (6) by entering a judgment reinstating the lien on the Property, because—the Glenns claim—a necessary and indispensable party was not included in the litigation. Finding no error or abuse of discretion, we affirm.

The judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

Colette E. Neuner, Jefferson City, Missouri, for Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Jordan Mitchell appeals the circuit court's judgment denying without an evidentiary hearing his motion for post-conviction relief pursuant to Rule 24.035. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**Jordan MITCHELL, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103615**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 8, 2016

Kevin B. Gau, St. Louis, Missouri, for Movant/Appellant.

**STATE of Missouri, Respondent,**

v.

**Jeremy HENDERSON, Defendant / Appellant.**

**No. ED 103512**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: November 8, 2016

Emmett D. Queener, Public Defender, Columbia, MO, for Appellant.